# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128500

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CURTIS CLARK, a/k/a ROBERT BAGGS,
a/k/a SAMUEL MARSHALL,
     Defendant-Appellant.

SC: 128500
COA: 258175
Wayne CC: 75-000058

_____/

     On order of the Court, the application for leave to appeal the April 7, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

d1024